IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 7 - 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. '09 - CV - 01594 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CARLOS J. PEREZ,

   Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

   Respondent.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant has submitted a "Motion for Disposition of Defective Detainer Pursuant to C.R.S. §16-14-101, U.M.D.D.A. or Request for Trial C.R.S. § 16-14-104," and a "Motion for Speedy Disposition for Untried Complaints." He has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)  _X_   is not submitted
(2)  ___   is missing affidavit
(3)  ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  _X_   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information
(6)  ___   is missing an original signature by the prisoner
(7)  ___   is not on proper form (must use the court's current form)
(8)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___   An original and a copy have not been received by the court. Only an original has been received.
(10) _X_   other: Motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**

(11) ___   is not submitted
(12) _X_   is not on proper form (must use the court's current form)
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ___
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   An original and a copy have not been received by the court. Only an original has been received.
(17) ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___   names in caption do not match names in text
(19) ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ____ day of _____, 2009.

BY THE COURT:

_____
CRAIG B. SHAFFER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '09 - CV - 01594

Carlos J. Perez
Reg No. 66436
Colorado Territorial Corr. Facility
P.O. Box 1010 - Unit 1
Cañon City, CO 81215-1010

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on _7/7/09_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk